UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 258 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DEMARISE ROBINSON, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Demarise Robinson, which was referred to the Magistrate Judge with the consent of the parties.

On May 20, 2020 the government filed a 39 count, multi-defendant Indictment, charging Demarise Robinson in counts 1, 20 and 27 with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 846, and Use of a Communications Facility to Facilitate a Felon Drug Offense, in violation of Title 21 U.S.C. § 843(b). On June 17, 2020 Magistrate Judge Parker held an arraignment, during which Mr. Robinson entered a plea of not guilty to the charges. On July 8, 2022 Magistrate Judge Parker received Defendant Robinson's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Robinson is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Demarise Robinson is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. § 846. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on October 28, 2022 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 25, 2022